Grace L. Sandoval
P.O Box 712793
San Diego CA 92171

FILED
09 MAR -6 PM 4:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Grace L. Sandoval
   Plaintiff

Vs.

San Diego Public Library
   Defendant

COMPLAINT
'09 CV 0456 LAB NLS

The San Diego County Public Library, San Diego, California have hired illegals from La Mesa Prison, Tijuana, Mexico to work and are demanded by Irma Mendibles, Manuel Garcia, Ernesto Nungaray, etc. to force sharps with lidocaine and harmful substance in the human brain and body of victims of crime and victims of rape including to me, Grace L.

SANDOVAL, AN ILLEGAL, FEMALE SECURITY GUARD EMPLOYED AT SAN DIEGO PUBLIC LIBRARY, HOWARD AND PARK BLVD, SAN DIEGO, CALIFORNIA (UNIVERSITY HIEGHTS) IS FORCING SHARPS IN THE HUMAN EYE TO CAUSE HUMAN EYE TO CRACK LOUD AT COMPUTER STATION WHILE ON COMPUTER INCLUDING AT ME, GRACE L. SANDOVAL. FEMALE SECURITY GUARD IS RELATED TO CLAUDINA COCOVA ARAUJO STEP FATHER ANDY REDONDO. FEMALE, SECURITY GUARD HAS CHILDREN BORN OUT OF WEDLOCK FROM ERNESTO NUMGARAY. PHILIP DETWILER IS A EX PRISONER FROM LA MESA PRISON, TIJUANA, MEXICO. ANSELMO IS EULALIA GARCIA SON, BORN PREMATURE, TWO OTHERS FEMALES BORN PREMATURE TO EULALIA GARCIA AKA: LALA ARE ALSO EMPLOYED AT SAN DIEGO PUBLIC LIBRARY, SAN DIEGO, CALIFORNIA. EULALIA GARCIA NORIEGA LIVED IN MEXICALI, MEXICO BEFORE MOVING TO BRAWLEY CALIFORNIA. MICHAEL MASTON IS AN ORPHAN THAT LIVED IN YUMA, ARIZONA BEFORE MOVING TO BRAWLEY, CALIFORNIA AND SAN DIEGO, CALIFORNIA. MICHAEL MASTON IS A HEROIN ADDICT INVOLVED IN SELLING ILLEGALS DRUGS TO THE PUBLIC FOR JOE FIERRO JR, ETC. IN EL CAJON, CALIFORNIA.

ORPHANS FROM YUMA, ARIZONA ARE INVOLVED IN POLYGAMY IN SAN DIEGO, CALIFORNIA AND HAVE CHILDREN BORN OUT OF WEDLOCK EMPLOYED AT SAN DIEGO PUBLIC LIBRARY, (BALBOA) SAN DIEGO, CALIFORNIA, ETC. ORPHAN, FEMALE FROM SAN DIEGO, CALIFORNIA IS EMPLOYED AT SAN DIEGO PUBLIC LIBRARY, SERRA MESA-KEARNY MESA, SAN DIEGO, CALIFORNIA. ORPHANS FROM YUMA, ARIZONA, PETER GALLAGHER AKA: GALLA DEMANDS HIS CHILDREN BORN OUT OF WEDLOCK TO FORCE SHARPS WITH LIDOCAINE) HARMFUL SUBSTANCE IN ME, GRACE L. SANDOVAL AKA: GRACE S. SLAZ AND LUPE GRACIELA SANDOVAL AND AT MY TWO DAUGHTERS PRISCELLA S. DANKO AND CORINA S. PECK AKA: CORIE AND THIER FATHER JESSE DIAZ SLAZI FOR FILING CASES IN COURTS, SAN DIEGO, CALIFORNIA INCLUDING PETER GALLAGHER AKA: GALLA THAT HAS LIENS ON HIS PROPERTY FROM ME; GRACE S. SLAZI AKA: GRACE L. SANDOVAL AND LUPE GRACIELA SANDOVAL. I, GRACE L. SANDOVAL REPORT SAN DIEGO PUBLIC LIBRARY, SAN DIEGO, CALIFORNIA EMPLOYEE'S TO SUPERVISOR AT THE S.D. PUBLIC LIBRARY, 820 E STREET, SAN DIEGO, CA.

*Grace L. Sandoval*     GRACE L. SANDOVAL

**JS 44** (Rev. 12/07)            CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
GRACE L. SANDOVAL

**(b)** County of Residence of First Listed Plaintiff: SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number) GRACE L. SANDOVAL
PO BOX 712793
SAN DIEGO CA 92171

## DEFENDANTS
SAN DIEGO PUBLIC LIBRARY
SAN DIEGO

County of Residence of First Listed Defendant: SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

'09 MAR -9
'09 CV 0456 LAB NLS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C. 1962 (a)(b)(c) and/or (d)
Brief description of cause:
EMPLOYEE MICHAEL MASTON, ANSELMO, DEBBIE, PHILIP

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

FORCE STOPS WITH LIBRARIES AND HARMFUL SUBSTANCE IN ME GRACE L. SANDOVAL AT S.D. PUBLIC LIBRARIES IN SAN DIEGO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE
DOCKET NUMBER

DATE: MARCH 8, 2009
SIGNATURE OF ATTORNEY OF RECORD: Grace L. Sandoval

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

CR